UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:23-CR-55-FL-RJ-1
NO. 7:23-CR-55-FL-RJ-2
NO. 7:23-CR-55-FL-RJ-3

FILED IN OPEN COURT
ON 6-13-2023
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC
JHA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT |
| ) | |
| v. ) | |
| ) | |
| ) | |
| GREGORY PADGETT ) | |
| ANDREW DUDLEY ) | |
| PHILLIP GREER ) | |
| a.k.a "Gabe" ) | |

The Grand Jury charges that:

## COUNT ONE

Beginning on a date being unknown, but no later than in or about January 2021, and continuing up to and including in or about September 2022, in the Eastern District of North Carolina, and elsewhere, the defendants, GREGORY PADGETT, ANDREW DUDLEY and PHILLIP GREER, also known as "Gabe", did knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding with each other and other persons, known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute a methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

1

Quantity of Controlled Substances Involved in the Conspiracy

With respect to the defendant, GREGORY PADGETT, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five (5) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, Code, Section 841(b)(1)(B).

With respect to the defendant, ANDREW DUDLEY, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five (5) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, Code, Section 841(b)(1)(B).

With respect to the defendant, GABRIEL GREER, also known as "Gabe", the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about June 28, 2022, in the Eastern District of North Carolina, the defendant, ANDREW DUDLEY, did knowingly and intentionally distribute five (5) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about July 18, 2022, in the Eastern District of North Carolina, the defendants, GREGORY PADGETT and ANDREW DUDLEY, aiding and abetting each other, did knowingly and intentionally distribute five (5) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about July 18, 2022, in the Eastern District of North Carolina, the defendant, GREGORY PADGETT, did knowingly and intentionally possess with the intent to distribute five (5) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

On or about August 8, 2022, in the Eastern District of North Carolina, the defendant, PHILLIP GREER, also known as "Gabe," did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

On or about August 10, 2022, in the Eastern District of North Carolina, the defendant, PHILLIP GREER, also known as "Gabe," did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

On or about August 22, 2022, in the Eastern District of North Carolina, the defendant, PHILLIP GREER, also known as "Gabe," did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Remainder of the page intentionally left blank.)

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or that were intended to be used in any offense identified in 18 U.S.C. § 924(d)(3), or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond

5

the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

DATE: 06/13/2023

MICHAEL F. EASLEY, JR.
United States Attorney

*[signature]* FOR

BY: TIMOTHY SEVERO
Assistant United States Attorney